UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**DIABATE AMADOU,**         Civil No. 08-4711 PJS/SRN

    **Plaintiff,**

v.

    ORDER

**SUB SAHARA AFRICAN
YOUTH & FAMILY,
AFRICAN HEALTH ACTION
CORPORATION, and
MWANYAGETINGE,**

    **Defendants.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated July 18, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** for lack of jurisdiction.

DATED: August  8 , 2008.

                                    s/Patrick J. Schiltz
                                    Patrick J. Schiltz
                                    United States District Judge